Priority —
Send —
Enter —
Closed —
JS-5/JS-6 ✓
JS-2/JS-3 ✓
Scan Only ✓

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SAMUEL HENG,

    Petitioner,

v.

F. GONZALES, Warden,

    Respondent.

Case No. CV 10-2742-OP

**JUDGMENT**

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 7/22/11

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge